MENKES FEUER, INC., Respondent, *v.* PEOPLES BANK OF JOHNSTOWN, N. Y., Appellant, et al., Defendants.

Submitted January 15, 1945; decided January 16, 1945.

*Herman S. Axelrod* for motion.
*Alfred D. Dennison* opposed.

Motion denied, with ten dollars costs.